PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN R. PORTER,<br><br>  Defendant. | 2:23-po-00240-CKD<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE:  December 4, 2023<br>TIME:  9:30 a.m.<br>JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:23-po-00240-CKD is GRANTED.

It is further ordered that the bench trial scheduled on December 4, 2023, is vacated.

IT IS SO ORDERED.

Dated: October 11, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE